**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00163-CV**
_____

**IN RE COMMITMENT OF DAVID WAYNE JONES**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 03-05-03117**

**MEMORANDUM OPINION**

On April 13, 2026, David Wayne Jones filed a pro se notice of appeal from the trial court's March 12, 2026 Order on SVP's Motion to Transfer Jurisdiction of Civil Commitment to Dallas County. Through a notice issued by the appellate clerk, we notified the parties that it appears the order being appealed is neither a final judgment nor an appealable interlocutory order. No party filed a response to the Clerk's notice. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 27, 2026
Opinion Delivered May 28, 2026
Before Johnson, Wright and Chambers, JJ.